■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMETRI MILLER, Appellant. [901 NYS2d 531]—Appeal by the defendant from a judgment of the County Court, Suffolk County (Hudson, J.), rendered May 23, 2007, convicting him of robbery in the third degree, after a nonjury trial, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US

738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Rivera, J.P., Florio, Angiolillo and Austin, JJ., concur.